IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA      §
     §
     §
VS.      §      CRIMINAL NO. 4:26-CR-51-P
     §
JOSHUA ROBERT LINK (02)
TIA MACKENZIE LINK (03)
TAYLOR ORRIS BANG (04)
ROYANA JANE THOMAS (05)

## ORDER

Before the Court is Defendants' Motion for Continuance (ECF No. 83).  After reviewing the motion, the Court finds that the trial date for **Joshua Robert Link, Tia Mackenzie Link, Taylor Orris Bang, and Royana Jane Thomas** should be reset for the reasons that follow, and the Court resets the case for trial on **Monday, September 21, 2026 at 9:00 A.M.**

Pursuant to 18 U.S.C. §3161(h), a court can grant an "ends of justice" continuance at the request of a defendant or defendant's attorney if the court does so on the basis of the finding "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id*.  One of the factors a court may consider in granting an "ends of justice" continuance is "[w]hether the failure to grant such a continuance . . . would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. §3161(h)(7)(B)(iv).

Based on the reasons in the motions and the record, the Court finds (1) that the ends of justice served by the granting of a trial continuance outweigh the best interests of the public and defendants in a speedy trial; (2) that the failure to grant a continuance in this case would deny counsel the

1

reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (3) that taking into account the exercise of due diligence by counsel, a continuance of the duration granted by this order is necessary for effective preparation by defense counsel. The current deadlines in the Trial Scheduling Order are extended by 120 days.

      **SO ORDERED** on this the **15th day of April 2026.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE